447 A.2d 1386

**COMMONWEALTH of Pennsylvania**

v.

**Roger MORGAN, Appellant.**

Superior Court of Pennsylvania.

Argued May 20, 1981.

Filed April 30, 1982.

Reargument Denied Aug. 2, 1982.

Petition for Allowance of Appeal Denied Oct. 1, 1982.

William Gleason Barbin, Johnstown, for appellant.

Oliver E. Mattas, Jr., Assistant District Attorney, Altoona, for Commonwealth, appellee.

Before MONTGOMERY, HOFFMAN and VAN der VOORT, JJ.

454

PER CURIAM:

The convictions for corruption of the morals of a minor at Nos. 374 and 375 of 1979 are reversed. The conviction for indecent assault at No. 379 of 1979 is reversed. The judgments of sentence at Nos. 374, 375, 376, 377, 379, and 380 of 1979 are affirmed.